UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMANE NETTLES<br><br>    Plaintiff,<br>vs.<br><br>2 TOMS CONSTRUCTION, LLC and<br>EL POLLITO MEX INC.,<br><br>    Defendants. | Case No. 24-cv-01988-AMD-LKE |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS 2 TOMS CONSTRUCTION, LLC AND EL POLLITO MEX INC.**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, 2 TOMS CONSTRUCTION, LLC and EL POLLITO MEX INC.

July 7, 2024

                                                    Respectfully submitted,

                                                    */s/ Jennifer E. Tucek, Esq.*
                                                    Law Office of Jennifer Tucek, PC
                                                    Bar No. JT2817
                                                    315 Madison Avenue, #3054
                                                    New York, N.Y. 10017
                                                    (917) 669-6991
                                                    TucekLaw@Gmail.com
                                                    *Attorney for Plaintiff*